UNITED STATES of America,
Plaintiff-Appellee,

v.

Reinhold SOMMERSTEDT,
Defendant-Appellant.

No. 84–5116.

United States Court of Appeals,
Ninth Circuit.

May 15, 1985.

Before PREGERSON and BOOCHEVER, Circuit Judges, and ORRICK,* District Judge.

### ORDER

The court's opinion in this case filed February 7, 1985, 752 F.2d 1494 (9th Cir.), is amended as follows:

The third sentence in the first paragraph under "Facts" which reads "Sommerstedt was a member of the group," is stricken.

The second paragraph under "Facts" is amended to read:

The argument was held in the City Council Chambers of the Pasadena City Hall. Just before the conclusion of Condo's rebuttal, a member of the court told Condo that he was "fighting a lonely battle." In response to this remark, Sommerstedt, a supporter of Condo, stood up silently for the last one or two minutes of the argument.